■ In the Matter of ZAIDA T., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CARMEN C., Appellant. [700 NYS2d 784] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Rosa, J. (Appeal from Order of Erie County Family Court, Rosa, J.—Terminate Parental Rights.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.